AO 243 (Rev. 10/07)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District  Eastern District of Michigan | |
|---|---|---|
| Name (under which you were convicted): <br> Timothy Ivory Carpenter | | Docket or Case No.: <br> 12–20218-D4 |
| Place of Confinement: <br> Atwater USP | Prisoner No.: <br> 47895-039 | |
| UNITED STATES OF AMERICA <br> V. | Movant (include name under which convicted) <br> Timothy Ivory Carpenter | |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:  United States District Court for the Eastern District of Michigan, Southern Division, Hon. Sean F. Cox

   (b) Criminal docket or case number (if you know):  12–20218-04

2. (a) Date of the judgment of conviction (if you know):  April 28, 2014

   (b) Date of sentencing:  April 16, 2014; 2/11/21 Resentencing

3. Length of sentence:  1,395 months

4. Nature of crime (all counts):

   6 Counts 18 U.S.C. 1951, Robbery Affecting Commerce

   5 Counts 18 U.S.C. 924(c) Use of a Firearm during a Federal Crime of Violence/Aiding and Abetting

5. (a) What was your plea? (Check one)

   (1) Not guilty  ☑        (2) Guilty  ☐        (3) Nolo contendere (no contest)  ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)        Jury ☑        Judge only ☐

AO 243 (Rev. 10/07)

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?  Yes ☐  No ☑

8. Did you appeal from the judgment of conviction?  Yes ☑  No ☐

9. If you did appeal, answer the following:
   (a) Name of court:  US Court of Appeals for Sixth Circuit
   (b) Docket or case number (if you know):  14-1572
   (c) Result:  Affirmed the district court
   (d) Date of result (if you know):  4/13/16
   (e) Citation to the case (if you know):  819 F3d 880 (2016)
   (f) Grounds raised:  1-Acquisition of Historic Cell Phone Location Data for 5 months w/o a warrant violates 4th Amendment; 2 - Improper Venue; 3 - New Trial Required - Denied Opportunity to Establish Co-defendants lied about Defendant's role; 4 - Sentence violates the Constitution

   (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☑  No ☐
       If "Yes," answer the following:
       (1) Docket or case number (if you know):  US Supreme Court No.16-402
       (2) Result:  6th Circuit Judgment reversed; case remanded to Sixth Circuit for further proceedings

       (3) Date of result (if you know):  6/22/18
       (4) Citation to the case (if you know):  585 US 296 (2018)
       (5) Grounds raised:
       1. Acquisition of Longer Term CSLI constitutes search
       2. Searching CSLI without a warrant is unreasonable

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☑  No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court:  US Court of Appeals for Sixth Circuit
        (2) Docket or case number (if you know):  14-1572
        (3) Date of filing (if you know):  1/21/22

AO 243 (Rev. 10/07)

(4)   Nature of the proceeding:  On remand from the US Supreme Court - Motion for Panel Rehearing

(5)   Grounds raised:                    and to remand to the district court for resentencing

Issues:

Intervening law required resentencing; Dean v. United States, 137 S Ct 1170 (1017);

First Step Act, Pub 6, No 115-391, 132 Stat 5194 (2018)

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ☐        No ☑

(7)   Result:  Sentences vacated and remanded to the District Court for Resentencing

(8)   Date of result (if you know):  12/19/19

(b)   If you filed any second motion, petition, or application, give the same information:

(1)   Name of court:  US Court of Appeals for the Sixth Circuit

(2)   Docket of case number (if you know):  14-1572

(3)   Date of filing (if you know):  7/8/19

(4)   Nature of the proceeding:  Petition for Rehearing on Remand

(5)   Grounds raised: I. Good Faith Exception Does Not Apply in this Case

II. This Court Should Remand for Resentencing Because of Changes Made on Controlling Law

Concerning Mandatory Minimum Sentencing While Case has been on appeal

   a) Consideration of Length of Mandatory Minimum Sentences When Imposing Sentence for

Predicate Offenses

   b) First Step Act Considerations

   c) 28 USC 2106

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ☐        No ☑

(7)   Result:  Petition Granted - sentences vacated, case remanded to district court

(8)   Date of result (if you know):  12/19/19

(c)   Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)   First petition:        Yes ☐        No ☑

(2)   Second petition:     Yes ☐        No ☑

AO 243 (Rev. 10/07)                                                                                              Page 3

    (4)  Nature of the proceeding:  On remand from the US Court of Appeals for Resentencing

    (5)  Grounds raised:

Violation of Due Process Right to Individualized Sentence

Equal Protection Violation

Violation of Eighth Amendment Prohibiting Cruel and Unusual Punishment

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

          Yes ☐      No ☑

    (7)  Result:  Resentenced to same sentence

    (8)  Date of result (if you know):  2/11/22

(b) If you filed any second motion, petition, or application, give the same information:

    (1)  Name of court:  US Court of Appeals for the Sixth Circuit

    (2)  Docket of case number (if you know):  22-1198

    (3)  Date of filing (if you know):  6/15/22

    (4)  Nature of the proceeding:  Appeal Brief

    (5)  Grounds raised:  I. District Court Erred by Failing to Apply Text of 403(b) after remanded (First Step Act);

II. The First Step Act Should Have Been Applied At Resentencing

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

          Yes ☐      No ☑

    (7)  Result:  Judgment affirmed

    (8)  Date of result (if you know):  5/2/23

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:      Yes ☑      No ☐

    (2)  Second petition:  Yes ☑      No ☐

AO 243 (Rev. 10/07)

(4)   Nature of the proceeding:  Petition for Certiorari filed - Case No. 23-531

(5)   Grounds raised:  I. Conflict exists over whether First Step Act Applies

II. Question presented is important

III. This case presents ideal vehicle to resolve this pressing question

IV. The Sixth Circuit's construction of the Act is incorrect

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐        No ☑

(7)   Result: Petition for Certiorari denied

(8)   Date of result (if you know):  2/20/24

(b)   If you filed any second motion, petition, or application, give the same information:

(1)   Name of court:  US Court of Appeals for the Sixth Circuit

(2)   Docket of case number (if you know):  22-1198

(3)   Date of filing (if you know):  3/19/24

(4)   Nature of the proceeding:  Motion to Recall Mandate

(5)   Grounds raised:

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐        No ☑

(7)   Result: Pending

(8)   Date of result (if you know):

(c)   Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)   First petition:        Yes ☑        No ☐

(2)   Second petition:     Yes ☑        No ☐

AO 243 (Rev. 10/07)

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:**   The District Court and Court of Appeals Erred in Failing to Apply the First Step Act to
Carpenter's Resentencing

    (a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Defendant Carpenter was resentenced on 2/11/22, after his sentences were vacated, without

application of the First Step Act. The Court of Appeals affirmed on  5/2/23 and the Supreme Court

denied Certiorari on February 20, 2024; but granted Certiorari on 7/2/24 in Hewitt v. United States, US

Supreme Court Case No 23-1002 presenting the same issue presented by Carpenter. The Supreme

Court heard argument in Hewitt on 1/13/25. Its decision is pending

A decision favorable to the defendant in Hewitt should support Carpenter's request that this Court

vacate his sentence and impose sentencing pursuant to the First Step Act.

    (b) **Direct Appeal of Ground One:**

       (1)   If you appealed from the judgment of conviction, did you raise this issue?

          Yes ☑     No ☐

       (2)   If you did not raise this issue in your direct appeal, explain why: _____

_____

    (c) **Post-Conviction Proceedings:**

       (1)   Did you raise this issue in any post-conviction motion, petition, or application?

          Yes ☑     No ☐

       (2)   If you answer to Question (c)(1) is "Yes," state:

       Type of motion or petition:   Petition for Certiorari

       Name and location of the court where the motion or petition was filed:   US Supreme Court

AO 243 (Rev. 10/07)

Docket or case number (if you know):   23-531

Date of the court's decision:   2/20/24

Result (attach a copy of the court's opinion or order, if available):   Certiorari denied

(3)   Did you receive a hearing on your motion, petition, or application?

　　　Yes ☐　　　No ☑

(4)   Did you appeal from the denial of your motion, petition, or application?

　　　Yes ☐　　　No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

　　　Yes ☐　　　No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:**  Due Process Delay - the Sixth Circuit Delayed Action on Carpenter's appeal for over one year from 7/24/18 to 6/18/19 on remand of his case from the Supreme Court on 4th Amendment grounds

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Supreme Court in Case No. 16-402 ruled in Carpenter's favor and entered its judgment on 7/24/18.

On remand, the Sixth Circuit took no action until June 18, 2019 when it issued its Opinion on Carpenter's

appeal affirming his judgment and sentence. On December 19, 2019, the Sixth Circuit granted

Carpenter's motion to vacate his sentence and remand. During the interim, Congress enacted

the First Step Act on 12/18/18.

If the Court of Appeals had acted promptly on remand and vacated Carpenter's sentence before the

First Step Act was enacted, he would have been eligible for application of the Act at resentencing.

AO 243 (Rev. 10/07)

(b) **Direct Appeal of Ground Two:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐     No ☑

    (2)  If you did not raise this issue in your direct appeal, explain why:  The Court of Appeals' delay was a circumstance of case presented on appeal from resentencing

(c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐     No ☑

    (2)  If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐     No ☑

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐     No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐     No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

AO 243 (Rev. 10/07)

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

_____

_____

_____

_____

_____

**GROUND THREE:**     Eighth Amendment - Cruel and Unusual Punishment

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Carpenter was originally sentenced to a term of 1,395 months on 4/16/14. He was resentenced
to the same term when resentenced on 2/11/22. His 1,395 month sentence is disproportional as
explained by Court of Appeals' judges in its Opinion denying his Motion for En Banc Rehearing
and as explained in the legislative history for the Act.

_____

_____

_____

_____

_____

_____

(b)   **Direct Appeal of Ground Three:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐       No ☑

(2)   If you did not raise this issue in your direct appeal, explain why:

_____

_____

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐       No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

AO 243 (Rev. 10/07)

Result (attach a copy of the court's opinion or order, if available):   Copies of the decision of the Sixth
Circuit denying en banc rehearing attached to Brief in Support of this Motion

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☑

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

AO 243 (Rev. 10/07)

(b) **Direct Appeal of Ground Four:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐      No ☐

    (2)  If you did not raise this issue in your direct appeal, explain why:

_____

_____

(c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐      No ☐

    (2)  If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐      No ☐

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐      No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐      No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

AO 243 (Rev. 10/07)

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

_____

_____

_____

_____

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

_____

_____

_____

_____

_____

14.   Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?          Yes ☑          No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.   Sixth Circuit Court of Appeals Case No. 22-1198, Motion to Recall the Mandate because of the certiorari petition filed in the US Supreme Court as Hewitt v. United States, arguing the same issue as Defendant Carpenter. Oral argument took place in the Supreme Court in January 2025. The opinion is expected in June 2025.

_____

15.   Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a)  At the preliminary hearing:   _____

(b)  At the arraignment and plea:      Harold Gurewitz _____

(c)  At the trial:    Harold Gurewitz _____

(d)  At sentencing: Harold Gurewitz _____

AO 243 (Rev. 10/07)

(e)  On appeal:   Harold Gurewitz

(f)  In any post-conviction proceeding:  Harold Gurewitz

(g)  On appeal from any ruling against you in a post-conviction proceeding:  Harold Gurewitz

16.  Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?          Yes ☑          No ☐

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ☐          No ☑

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:

(b)  Give the date the other sentence was imposed:

(c)  Give the length of the other sentence:

(d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?          Yes ☐          No ☐

AO 243 (Rev. 10/07)

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

The Supreme Court denied Carpenter's Petition for Certiorari asking for relief from his resentencing on February 20, 2024. This Petition is filed within 12 months of that date.

This Petition is filed within 12 months of that date.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 10/07)

Therefore, movant asks that the Court grant the following relief:   Vacate Defendant's sentences imposed on 2/11/22 and resentence Defendant because his sentence was imposed in violation of the First Step Act. His appeal violated his right to Due Process and his 116 yr sentence is in violation of the 8th Amendment, cruel & unusual punishment or any other relief to which movant may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____.

(month, date, year)

Executed (signed) on _____ (date).

_____

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

_____

_____

_____