UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY CARPENTER,                                    Case No. 25-10480

    Plaintiff,                                              Hon. F. Kay Behm
v.                                                    United States District Judge

UNITED STATES OF AMERICA,

    Defendant.
_____ /

## **ORDER DISMISSING CASE AS MISFILED**

This matter is before the court on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255.  However, petitions of this type must be filed on the related criminal docket.  Petitioner appears to have done so.  Therefore, this proceeding is duplicative and will be **DISMISSED**.  The petition remains pending before the Honorable Sean F. Cox in criminal case number 12-20218.

    **SO ORDERED**.


Date: March 7, 2025                          s/ F. Kay Behm
                                             F. Kay Behm
                                             United States District Judge

1